Triest v Nixon Equip. Servs., Inc. (2024 NY Slip Op 00713)

Triest v Nixon Equip. Servs., Inc.

2024 NY Slip Op 00713

Decided on February 9, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 9, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, OGDEN, GREENWOOD, AND NOWAK, JJ.

917 CA 22-01728

[*1]PAUL TRIEST, PLAINTIFF-APPELLANT,
v
NIXON EQUIPMENT SERVICES, INC., DEFENDANT-RESPONDENT. (APPEAL NO. 1.) 

SEGAR & SCIORTINO PLLC, ROCHESTER (STEPHEN A. SEGAR OF COUNSEL), FOR PLAINTIFF-APPELLANT.
GIBSON, MCASKILL & CROSBY, LLP, BUFFALO (ROBERT E. SCOTT OF COUNSEL), FOR DEFENDANT-RESPONDENT. 

 Appeal from an order of the Supreme Court, Ontario County (Frederick G. Reed, A.J.), entered September 27, 2022. The order denied the motion of plaintiff for partial summary judgment. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in Triest v Nixon Equip. Servs., Inc. ([appeal No. 2] — AD3d — [Feb. 9, 2024] [4th Dept 2024]).
Entered: February 9, 2024
Ann Dillon Flynn
Clerk of the Court